UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| D. LYLE ELKINS<br>And<br>MARTHA ELKINS,<br>      Plaintiffs,<br><br>v.<br><br>INTERNATIONAL BROTHERHOOD<br>OF TEAMSTERS LOCAL 264 and<br>CATHERINE CREIGHTON and<br>SHUTTLE AMERICA,<br>      Defendant. | Case No. 05-11130-NMG |

## ASSENTED-TO MOTION TO EXTEND TIME FOR DEFENDANT SHUTTLE AMERICA TO ANSWER, MOVE TO DISMISS, OR OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT

Defendant Shuttle America respectfully requests, with the assent of the Plaintiff, that it be granted a 30 day extension of time to answer, move to dismiss, or otherwise respond to Plaintiff's Complaint, up to and including Wednesday, October 19, 2005. As grounds for this motion, Defendant states that it needs more time to investigate Plaintiff's allegations in order to adequately answer, move to dismiss, or otherwise respond to his Complaint.

WHEREFORE, Defendant respectfully requests that it be granted an extension of time, up to and including October 19, 2005, to answer, move to dismiss, or otherwise respond to Plaintiff's Complaint.

                                                  Respectfully submitted,

                                                  SHUTTLE AMERICA
                                                  By its attorneys,

                                                  /s/ Richard W. Paterniti
                                                  Thomas Royall Smith, BBO #470300
                                                  Richard W. Paterniti, BBO#645170
                                                  Jackson Lewis LLP
                                                  75 Park Plaza
                                                  Boston, MA 02116
Dated: September 13, 2005            (617) 367-0025

ASSENTED TO AND AGREED TO BY:    /s/ Mitchell J. Notis
                                                  Mitchell J. Notis, BBO #374360
                                                  Law Office of Mitchell J. Notis
                                                  370 Washington Street
                                                  Brookline, MA  02445
                                                  (617) 566-2700