UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSCHUSETTS

| | |
|---|---|
| D. Lyle Elkins, et al.,<br><br>　　　　　Plaintiffs,<br><br>　v.<br><br>Teamsters Local 264, et al.,<br><br>　　　　　Defendants. | Civil Action No. 05-11130 (NMG) |

**UNOPPOSED MOTION TO EXTEND TIME FOR DEFENDANT
TEAMSTERS LOCAL 264 TO ANSWER, MOVE TO DISMISS, OR
OTHERWISE RESPOND TO PLAINTIFFS' COMPLAINT**

Defendant Teamsters Local 264 respectfully requests, with the assent of the Plaintiffs, that it be granted an extension of time to answer, move to dismiss, or otherwise respond to the Plaintiffs' complaint, up to and including Wednesday, October 19, 2005. As grounds for this motion, Defendant states that it needs more time to investigate Plaintiffs' allegations in order to file a responsive pleading to the Complaint. Local 264 also states that an extension to place its response date on the same date established for Defendant Shuttle America will be efficient for presenting the responses of the several defendants before the Court. By this request, Defendant does not waive any defenses to the Complaint.

Counsel for Local 264, Mr. Wilder, will file a necessary motion for admission pro hac vice.

## CERTIFICATION OF CONFERENCE ON MOTION

Mr. Wilder spoke to counsel for the Plaintiffs, Mr. Notis, on September 23, 2005 regarding the instant motion to extend. Mr. Notis indicated that the plaintiffs do not oppose the motion.

Dated: September 26, 2005.                    Respectfully submitted,

For the Defendant,
TEAMSTERS LOCAL 264, et al.,
By its Attorneys,

_____
John D. Burke, BBO #556951
Dumont, Morris And Burke, P.C.
14 Beacon Street
Suite 300
Boston, MA 02108
(617) 227-7272
(617) 227-7025 [fax]
e-mail: jburke@dmbpc.net

William R. Wilder
Baptiste & Wilder, P.C.
1150 Connecticut Ave., N.W.
Suite 500
Washington, D.C. 20036
(202) 223-0723
(202) 223-9677 [fax]
e-mail: wwilder@bapwild.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true copy of the foregoing motion was served on counsel for the plaintiffs and defendant Shuttle America, by U.S. Mail, postage prepaid, on September 26, 2005, addressed as follows:

Mitchell J. Notis
Law Office of Mitchell J. Notis
370 Washington Street
Brookline, MA 02455
(617) 566-2700

Thomas R. Smith
Richard W. Paterniti
Jackson Lewis, LLP
75 Park Plaza
Boston, MA 02116
(617) 367-0025

_____
John D. Burke