# UNITED STATES DISTRICT COURT

District of _Massachusetts_

FILED
IN CLERKS OFFICE

D. Lyn Elkins,
Martha Elkins
V.

SUMMONS IN A CIVIL CASE

International Brotherhood
of Teamsters Local 264
and
Catherine Coughton
and
North America

U.S. DISTRICT COURT
DISTRICT OF MASS.

CASE NUMBER:

# 05 11130N IG

TO: (Name and address of Defendant)

International Brotherhood of Teamsters Local 264
35 Tyrol Drive
Cheektowaga, New York 14227 2715

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Mitchell Notis
Law Office of Mitchell Notis
370 Washington St.
Brookline, MA 02445

05 AUG 26 PM 2:42

SHERIFF OF ERIE COUNTY, NY

an answer to the complaint which is herewith served upon you, within _____ 24 _____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within reasonable period of time after service.

SARAH A. THORNTON

JUN - 1 2005

CLERK

DATE

(By) DEPUTY CLERK

CPLR 311

**UNITED STATES DISTRICT** Court
**DISTRICT** of **MASSACHUSETTS**
State of **MASSACHUSETTS**

---

**D. LYLE ELKINS AND MARTHA ELKINS**   Plaintiff

VS.            ***Affidavit of Corporate Service***

**CASE# 05-11130NMG**

**INTERNATIONAL BROTHERHOOD OF TEAMSTERS LOCAL 264**  Defendant

---

STATE OF NEW YORK            **Sheriff's Docket # 328518**
COUNTY OF ERIE        SS.:

**DEPUTY THOMAS A. HERALD,** being duly sworn, deposes and says that **he** is over 18 years of age, not a party to the action herein, and served the **SUMMONS AND COMPLAINT AND DEMAND FOR JURY TRIAL** upon the defendant, **INTERNATIONAL BROTHERHOOD OF TEAMSTERS LOCAL 264** , named herein, by personally delivering to and leaving a true copy of said process with **MARY HOLL**, who indicated that **she** was the **ADMINISTRATIVE ASSISTANT** thereof at **35 TYROL DRIVE, CHEEKTOWAGA, NEW YORK 14227**, on the **13TH**  day of **SEPETEMBER, 2005**, at **3:00** PM. Deponent believed the said **UNION** so served to be the **UNION** described in this action as the defendant therein, and that the said individual was authorized to accept service.

**The description of the person served is as follows:**

**APPROXIMATE AGE OR D.O.B.: 12-30-62   SKIN COLOR: WHITE     SEX: FEMALE
HAIR COLOR: RED EYE COLOR: BLUE
APPROXIMATE WEIGHT: 130 LBS. & HEIGHT: 5'0"**

**ADDITIONAL INFORMATION:**

**DEPUTY THOMAS A. HERALD
Erie County Sheriff's Office**

Sworn to before me this       day
of **SEPTEMBER, 2005**

Notary Public Erie County, NY
Expiration:
PATRICK G. FLYNN
Notary Public, State of New York
Qualified in Erie County
My Commission Expires 3/22/20 01