# UNITED STATES DISTRICT COURT

District of Massachusetts

D. Lyle Elkins
Martha Elkins
v.

[illegible handwritten defendants]
...
Shuttle America

**SUMMONS IN A CIVIL CASE**

CASE NUMBER:

## 05 11130 NMG

TO: (Name and address of Defendant)

Catherine Creighton
35 Maple Street
Williamsville, New York

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Mitchell Notis
Law Office of Mitchell Notis
370 Washington St.
Brookline, MA 02445

an answer to the complaint which is herewith served upon you, within ____20____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

SARAH A. THORNTON                                    JUN - 1 2005

CLERK                                                DATE

(By) DEPUTY CLERK

filing stamps: 2005 SEP 27 P 3:24 U.S. DISTRICT COURT DISTRICT OF MASS.; AUG 26; SHERIFF OF ERIE COUNTY, NY; 328517

**United States District** Court
State of **Massachusetts**

---

**D. Lyle Elkins** Plaintiff

vs.

**Catherine Creighton, etc.** Defendant

**Affidavit of Service**
**Index # 0511130NMG**

---

STATE OF NEW YORK
COUNTY OF ERIE   SS.:

**Sheriff' Docket # 328517**

**Deputy J.A. Anthony** being duly sworn, deposes and says that deponent is over 18 years of age, not a party to the action herein, and served the: **Summons & Complaint** upon the defendant, **Catherine Creighton,** named herein, in the following manner:

☐   **LAST AND USUAL SERVICE:** By affixing a true copy thereof to the defendant's door at **47 Windsor Ave Buffalo, NY 14209** the **dwelling place** of the within named defendant on the **22nd** day of **September, 200**: **4:15 P.M.**

Additional Information: **Residence confirmed via phone call with defendant.**

To the best of my knowledge, information and belief the said defendant was not engaged in active military service of the United States.

Sworn to before me this **23rd** day of **September, 2005**.

_____
Notary Public, Erie County, NY
Expires on:

THOMAS A. HERALD, JR.
NOTARY PUBLIC, STATE OF NEW YORK
QUALIFIED IN ERIE COUNTY
My Commission Expires
7-31-06

_____
Deputy J.A. Anthony
Erie County Sheriff's Office