# UNITED STATES DISTRICT COURT

District of _Massachusetts_

D Lyle Elkins
Martha Elkins

V.

International Brotherhood
of Teamsters Local 264
and
Catherine Creighton
and
Seville America

**SUMMONS IN A CIVIL CASE**

FILED IN CLERK'S OFFICE
000017  2005 SEP 27 P 3:24
U.S. DISTRICT COURT
DISTRICT OF MASS.

CASE NUMBER: **05 11130 NMG**

TO: (Name and address of Defendant)

Seville America
1102 West Perimeter Road
Fort Wayne, Indiana 46809

YOU ARE HEREBY SUMMONED and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Mitchell Notis
Law Office of Mitchell Notis
370 Washington St.
Brookline, MA 02445

an answer to the complaint which is herewith served upon you, within _____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

SARAH A. THORNTON

CLERK

(By) DEPUTY CLERK

DATE: JUN - 1 2005

SHEO   01/99



# Sheriff of Allen County

Room 100 • Courthouse
715 S. Calhoun St.   Fort Wayne, IN 46802-1

STATE OF INDIANA  } SS:

COUNTY OF INDIANA }

_William L. Wenling_, being first duly sworn upon his/her oath deposes and says:

That he/~~she~~ is a regular appointed officer for, and is now serving under James A. Herman, duly elected and qualified Sheriff of the County of Allen, State of Indiana. ~~That~~ on the _30_ day of _Aug_ , _2005_ he/she (SERVED) - ~~DID NOT SERVE~~ a _Summons + Complaint_

By reading to and within the hearing of:

( ) Individual:   Name _____
                                           ( ) Residence
                                           ( ) Business
   Location _____

(X) Corporation:   Name _SHUTTLE AMERICA_

   Location _1102 W. Perimeter RD Ft. Wayne 46809_
                                           Job T
   Agent _____ Reception iT

( ) No Service:   Reason _____

The above named defendant, is the same defendant, involved in an action, wherein the _US DISTRICT_ Court of _____ County, State of _Massachusetts_ wherein:

Plaintiff's - _D. Lyle + Martha Elkins_

VS

Defendant's - _Shuttle America ET AL._

James A. Herman, Sheriff of Allen County

_[signature]_
Officer of Allen County, State of Indiana