UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| D. LYLE ELKINS <br> AND MARTHA ELKINS, <br>     Plaintiffs <br><br> v. <br><br> INTERNATIONAL BROTHERHOOD <br> OF TEAMSTERS LOCAL 264, <br> CATHERINE CREIGHTON, <br> AND SHUTTLE AMERICA, <br>     Defendants | ) <br> ) <br> ) <br> ) <br> ) <br> ) DOCKET NO: 05-11130NMG <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

NOTICE OF APPEARANCE

TO THE CLERK OF THE ABOVE-NAMED COURT:

Please enter my appearance as counsel of record for the defendant, Catherine Creighton, in the above-referenced matter.

                            Respectfully submitted,

                            CATHERINE CREIGHTON
                            By her Attorneys,


                            /s/Steven J. Bolotin
                            Steven J. Bolotin, BBO#564085
                            MORRISON MAHONEY LLP
                            250 Summer Street
                            Boston, MA  02210
                            (617) 439-7500