UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| D. LYLE ELKINS <br> AND MARTHA ELKINS, <br>     Plaintiffs <br> <br> v. <br> <br> INTERNATIONAL BROTHERHOOD <br> OF TEAMSTERS LOCAL 264, <br> CATHERINE CREIGHTON, <br> AND SHUTTLE AMERICA, <br>     Defendants | DOCKET NO: 05-11130NMG |

**ASSENTED TO MOTION TO EXTEND TIME FOR
DEFENDANT CATHERINE CREIGHTON TO ANSWER, MOVE TO DISMISS
OR OTHERWISE RESPOND TO PLAINTIFFS' COMPLAINT**

With the assent of the plaintiffs, defendant Catherine Creighton ("Creighton") submits this motion for an extension of the deadline for Creighton to answer, move to dismiss or otherwise respond to plaintiffs' Complaint up to and including October 19, 2005 in the above-captioned matter. Good cause exists for this motion because the undersigned counsel recently has been retained to defend Creighton in this matter and more time is necessary to investigate plaintiffs' allegations in order to file a responsive pleading to the Complaint. By this request, Defendant does not waive any defenses to the Complaint.

**CERTIFICATION OF CONFERENCE ON MOTION**

Counsel for Creighton spoke to counsel for the Plaintiffs, Mr. Mitchell J. Notis, on September 28, 2005 regarding the instant motion to extend. Mr. Notis indicated that the plaintiffs assented to the motion.

WHEREFORE, Creighton respectfully requests that this motion be allowed.

Dated: September 29, 2005

Respectfully submitted,

CATHERINE CREIGHTON
By her Attorneys,


/s/Steven J. Bolotin
Steven J. Bolotin, BBO#564085
Justin M. Fabella, BBO#654859
MORRISON MAHONEY LLP
250 Summer Street
Boston, MA  02210
(617) 439-7500


ASSENTED TO:

D. LYLE ELKINS
AND MARTHA ELKINS
By their Attorneys,


/s/Mitchell J. Notis
Mitchell J. Notis, BBO#374360
Law Office of Mitchell J. Notis
370 Washington Street
Brookline, MA  02445
(617) 566-2700