UNITED STATES DISTRICT COURT
DISTRICT OF MASSACUSETTS

| | |
|---|---|
| D. Lyle Elkins <br> And <br> Martha Elkins, <br><br>     Plaintiffs, <br><br> v. <br><br> International Brotherhood of <br> Teamsters Local 264 <br> And <br> Catherine Creighton <br> And Shuttle America, <br><br>     Defendants. | ) <br> ) <br> ) <br> ) <br> ) <br> )    CASE NO: 05-1113--NMG <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

## DEFENDANT SHUTTLE AMERICA'S MOTION TO DISMISS
## PLAINTIFFS' COMPLAINT

Defendant Shuttle America ("SA") hereby moves to dismiss Plaintiffs' Complaint as to the claims against it, pursuant to Fed. R. Civ. P. 12(b)(6), on the grounds that: (1) Plaintiff Lyle Elkins ("Elkins") has failed to allege or plead with particularity that SA and Defendant Teamsters Local 264 or Defendant Catherine Creighton somehow "colluded" in relation to Elkins' grievance or the alleged breach of the collective bargaining agreement; (2) Elkins cannot establish a claim of a breach of the duty of fair representation against Local 264; (3) Elkins' claims of breach of contract/wrongful termination and intentional infliction of emotional distress are barred or preempted by federal law; (4) Elkins' claim of intentional infliction of emotional distress against SA is barred by the exclusivity provisions of the Massachusetts Workers' Compensation Act and; (5) Plaintiff Martha Elkins' derivative claim of a loss of Elkins' consortium is barred because of the preclusion of her husband's claims.

These grounds for Defendant's motion are set forth more fully in the memorandum of law filed herewith.

### CERTIFICATION PURSUANT TO LOCAL RULE 7.1(A)(2)

The undersigned counsel hereby certifies that the parties have conferred and attempted in good faith to resolve or narrow the issues during a telephone conference on October 19, 2005 with Mitchell Notis, counsel for Plaintiff, and Richard Paterniti, counsel for Defendant Shuttle America. Plaintiffs' counsel advised that Plaintiffs would not assent to the motion.

### REQUEST FOR ORAL ARGUMENT

Pursuant to Local Rule 7.1(D), Defendant Shuttle America hereby requests oral argument for this motion as it believes that oral argument may assist the court in its review of this motion.

WHEREFORE, Defendant Shuttle America hereby requests that this Court dismiss Plaintiffs' Complaint as to the claims against it.

Respectfully submitted,

SHUTTLE AMERICA,

By its attorneys,

/s/ Richard W. Paterniti
Thomas Royall Smith, BBO#470300
Richard W. Paterniti, BBO#645170
JACKSON LEWIS LLP
75 Park Plaza
Boston, MA 02110
(617) 367-0025

Dated: October 19, 2005