UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| D. LYLE ELKINS AND MARTHA ELKINS,<br>　　　Plaintiffs<br><br>v.<br><br>INTERNATIONAL BROTHERHOOD OF TEAMSTERS LOCAL 264, CATHERINE CREIGHTON, AND SHUTTLE AMERICA,<br>　　　Defendants | DOCKET NO: 05-11130NMG |

**MOTION OF DEFENDANT, CATHERINE CREIGHTON, TO DISMISS PLAINTIFFS' COMPLAINT PURSUANT TO RULE 12(B)(1), (2) and (6) FOR LACK OF JURISDICTION OVER THE SUBJECT MATTER, LACK OF JURISDICTION OVER THE PERSON AND FOR FAILURE TO STATE A CLAIM UPON WHICH RELIEF CAN BE GRANTED**

　　The defendant, Catherine Creighton, respectfully moves this Court pursuant to Rule 12(b)(1), (2) and (6) of the Federal Rules of Civil Procedure to dismiss the plaintiffs' complaint. In support of her motion, the defendant, Catherine Creighton states that she is not subject to personal jurisdiction in the Commonwealth of Massachusetts, the court does not have subject matter jurisdiction by way of preemption, and the plaintiffs fail to state a claim upon which relief can be granted.

　　The defendant, Catherine Creighton further relies upon the attached Memorandum of Law and Affidavit of Catherine Creighton in support of this motion and incorporate same by reference.

　　WHEREFORE, the defendant, Catherine Creighton, respectfully moves this Court pursuant to Rule 12 of the Federal Rules of Civil Procedure, to dismiss the plaintiffs' complaint with prejudice and for cost and other relief as this Court deems just and proper.

**REQUEST FOR ORAL ARGUMENT**

The defendant, Catherine Creighton, believes that oral argument may assist the Court in deciding this motion. Therefore, the defendant request that a hearing on this motion be scheduled for a date that is convenient for the Court.

Respectfully submitted,

CATHERINE CREIGHTON
By her Attorneys,


/s/Steven J. Bolotin
Steven J. Bolotin, BBO#564085
Justin M. Fabella, BBO#654859
MORRISON MAHONEY LLP
250 Summer Street
Boston, MA  02210
(617) 439-7500
sbolotin@morrisonmahoney.com
jfabella@morrisonmahoney.com

2