UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSCHUSETTS

)
D. Lyle Elkins, et al., )
)
      Plaintiffs, )
)
v. ) Case No. 05-11130 (NMG)
)
Teamsters Local 264, et al., )
)
      Defendants. )
)

DEFENDANT TEAMSTERS LOCAL 264's
MOTION TO DISMISS COMPLAINT

Defendant Teamsters Local 264 respectfully moves under Fed. R. Civ. P. 12(b)(2)&(6) to dismiss the complaint in this action on the following grounds:

(1) This court lacks personal jurisdiction over Local 264;

(2) The complaint fails to state a claim for the breach of the duty of fair representation;

(3) The plaintiffs' state laws claims are preempted by union's duty of fair representation under federal law;

(4) The complaint fails to state claims for intentional infliction of emotional distress.

WHEREFORE, the defendant respectfully requests that its motion be granted, the complaint be dismissed in its entirety with prejudice, and

– 2 –

defendant be granted its costs and any other relief that the court deems proper.

Dated: October 19, 2005.                    Respectfully submitted,

*/s/ Gabriel O. Dumont, Jr.*
Gabriel O. Dumont, Jr. BBO#137820
John D. Burke, BBO#556951
Dumont, Morris and Burke, P.C.
14 Beacon Street, Suite 300
Boston, MA 02108
(617) 227-7272/(617) 227-7025 [fax]

William R. Wilder
Baptiste & Wilder, P.C.
1150 Connecticut Ave., N.W.
Suite 500
Washington, D.C. 20036
(202) 223-0723
(202) 223-9677 [fax]
wwilder@bapwild.com

Counsel for Defendant Local 264

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true copy of the foregoing motion was served on counsel for the plaintiffs and defendants on October 19, 2005, addressed as follows:

Mitchell J. Notis
Law Office of Mitchell J. Notis
370 Washington Street
Brookline, MA 02455

Thomas R. Smith
Richard W. Paterniti
Jackson Lewis, LLP
75 Park Plaza
Boston, MA 02116

Steven J. Bolotin
Morrison Mahoney, LLP
250 Summer Street
Boston, MA 02210

_____
Gabriel O. Dumont, Jr.