UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| D. Lyle Elkins, et al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Case No. 05-11130 (NMG) |
| ) | |
| Teamsters Local 264, et al., ) | |
| ) | |
| Defendants. ) | |

MOTION FOR ADMISSION TO PRACTICE
OF WILLIAM R. WILDER

Pursuant to Local Rule 83.5.3(b), Gabriel Dumont hereby moves the admission of William R. Wilder to practice before this court. The certification of William R. Wilder under Local Rule 83.5.3(b) is attached to this motion.

Dated: October 19, 2005        Respectfully submitted,

Gabriel O. Dumont, Jr., BBO#137820
John D. Burke, BBO#556951
Dumont, Morris and Burke, P.C.
14 Beacon Street, Suite 300
Boston, MA 02108
(617) 227-7272/(617) 227-7025 [fax]

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true copy of the foregoing motion was served on counsel for the plaintiffs and defendants on October 19, 2005, addressed as follows:

Mitchell J. Notis
Law Office of Mitchell J. Notis
370 Washington Street
Brookline, MA 02455

Thomas R. Smith
Richard W. Paterniti
Jackson Lewis, LLP
75 Park Plaza
Boston, MA 02116

Steven J. Bolotin
Morrison Mahoney, LLP
250 Summer Street
Boston, MA 02210

_____
Gabriel O. Dumont, Jr.

**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSCHUSETTS**

|  |  |
|---|---|
| D. Lyle Elkins, et al., ) | |
| Plaintiffs, ) | |
| v. ) | Case No. 05-11130 (NMG) |
| Teamsters Local 264, et al., ) | |
| Defendants. ) | |

**CERTIFICATE OF WILLIAM R. WILDER
FOR ADMISSION TO PRACTICE**

Pursuant to Local Rule 83.5.3(b), William R. Wilder hereby certifies that:

(1)     I am a member of the bar in good standing in every jurisdiction where I have been admitted to practice; and

(2)     There are no disciplinary proceedings pending against me as a member of the bar in any jurisdiction; and

(3)     I am familiar with the Local Rules of the United States District Court for the District of Massachusetts;

(4)     My application for leave to practice in this court is on motion of Gabriel Dumont, a member of the bar of this court.

_____
William R. Wilder