UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

Civil Action No. 05-11130-NMG

| | |
|---|---|
| D. Lyle Elkins | ) |
| And | ) |
| Martha Elkins | ) |
|    Plaintiffs | ) |
| | ) |
| Vs. | ) |
| | ) |
| International Brotherhood of | ) |
| Teamsters Local 264 | ) |
| And | ) |
| Catherine Creighton | ) |
| And | ) |
| Shuttle America | ) |
|    Defendants | ) |

PLAINTIFFS' MOTION FOR EXTENSION OF TIME (UNOPPOSED) TO FILE
OPPOSITIONS TO DEFENDANTS' MOTIONS TO DISMISS

     Plaintiffs D. Lyle Elkins and Martha Elkins, through counsel, hereby respectfully requests that they be allowed an extension of time of 21 days, up to and including November 23, 2005, in which to file oppositions to the motions to dismiss of Defendants International Brotherhood of Teamsters, Catherine Creighton and Shuttle America. Counsel for all parties to this action have authorized Counsel for Plaintiffs to state that they do not oppose the granting of this motion. As grounds for this motion, Plaintiffs state as follows:

1. This is an action under the Railway Labor Act for breach of the duty of fair representation, wrongful termination and related claims, against a labor union, an employer and a representative of the labor union. The action is brought by a former employee and his wife.
2. On October 19, 2005, the three defendants in this action filed three separate motions to dismiss the claims against them, on differing but related grounds. The motions to dismiss present, among other issues, complex issues of federal labor law.
3. Oppositions to the motions to dismiss are due to be filed on November 3, 2005.
4. In order to adequately oppose the three separate motions to dismiss, it is requested that Plaintiffs be allowed an extension of time of 21 days, up to and including

      November 23, 2005, in which to file their oppositions to the three motions to dismiss.

5. Counsel for all parties to this action have authorized Counsel for Plaintiffs to state that they do not oppose the granting of this motion.


      For all of the foregoing reasons, it is respectfully requested that this motion be granted, and that Plaintiffs be allowed an extension of time up to and including November 23, 2005 in which to file their oppositions to Defendants' motions to dismiss.


                                            D. Lyle Elkins
                                            Martha Elkins
                                            By their attorney,
                                            MITCHELL J. NOTIS


                                            /s/Mitchell J. Notis
                                            _____
                                            MITCHELL J. NOTIS
                                            Law Office of Mitchell J. Notis
                                            370 Washington Street
                                            Brookline, Massachusetts 02445
                                            617-566-2700
                                            BBO# 374360