UNITED STATES DISTRICT COURT
DISTRICT OF MASSACUSETTS

| | |
|---|---|
| D. LYLE ELKINS, AND )<br>MARTHA ELKINS, )<br> )<br>Plaintiffs, )<br> )<br>v. )<br> )<br>INTERNATIONAL BROTHERHOOD OF )<br>TEAMSTERS LOCAL 264, )<br>CATHERINE CREIGHTON )<br>AND SHUTTLE AMERICA, )<br> )<br>Defendants. )<br>_____) | CASE NO: 05-11130--NMG<br>(referred to Magistrate Judge Judith Dein) |

**ASSENTED-TO MOTION FOR LEAVE TO FILE A REPLY MEMORANDUM**

Defendant, Shuttle America ("SA"), hereby moves for leave to file a reply memorandum to Plaintiff's opposition to the motion to dismiss.[1] In support of its motion, Defendant states as follows: (1) Plaintiff's opposition reflects a misapprehension of the controlling legal principles; and (2) Defendant's reply memorandum may be useful to the Court in resolving the pending motion to dismiss.

WHEREFORE, Defendant respectfully requests that its Motion for Leave to File a Reply Memorandum be allowed.

---

[1] For the convenience of the Court, a copy of the proposed reply memorandum is submitted herewith.

## CERTIFICATION OF COMPLIANCE WITH LOCAL RULE 7.1(A)(2)

Defendant certifies that it conferred with Plaintiff in good faith in an attempt to resolve this matter and Plaintiff, through his counsel, indicated his assent to this motion.

                                            Respectfully submitted,
                                            SHUTTLE AMERICA,

                                            By its attorneys,

                                            /s/ Richard W. Paterniti
                                            Thomas Royall Smith, BBO#470300
                                            Richard W. Paterniti, BBO#645170
                                            JACKSON LEWIS LLP
                                            75 Park Plaza
                                            Boston, MA  02110
                                            (617) 367-0025

DATED: December 22, 2005