UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| D. LYLE ELKINS <br> AND MARTHA ELKINS, <br>     Plaintiffs <br><br> v. <br><br> INTERNATIONAL BROTHERHOOD <br> OF TEAMSTERS LOCAL 264, <br> CATHERINE CREIGHTON, <br> AND SHUTTLE AMERICA, <br>     Defendants | ) <br> ) <br> ) <br> ) <br> ) <br> )    DOCKET NO: 05-11130NMG <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

NOTICE OF APPEARANCE

TO THE CLERK OF THE ABOVE-NAMED COURT:

Please enter my appearance as counsel of record for the defendant, Catherine Creighton, in the above-referenced matter. Please note that *Steven J. Bolotin of Morrison Mahoney LLP*, who previously filed his appearances on behalf of the defendant, *will remain as co-counsel.*

Respectfully submitted,

CATHERINE CREIGHTON
By her Attorneys,

/s/ *Justin M. Fabella*
Justin M. Fabella, BBO#654859
MORRISON MAHONEY LLP
250 Summer Street
Boston, MA 02210
(617) 439-7500

965944v1

## CERTIFICATE OF SERVICE

I hereby certify that this document(s) filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) on September 15, 2006, and that there are no non registered participants.

/s/ *Justin M. Fabella*

965944v1