United States District Court
District of Massachusetts

```
_____
                               )
D. LYLE ELKINS and MARTHA      )
ELKINS,                        )
                               )
            Plaintiffs,        )   Civil Action No.
                               )   05-11130-NMG
       v.                      )
                               )
INTERNATIONAL BROTHERHOOD OF   )
TEAMSTERS LOCAL 264, CATHERINE )
CREIGHTON and SHUTTLE AMERICA, )
                               )
            Defendants.        )
_____)
```

**ORDER**

**GORTON, J.**

After careful review of the thorough and well-reasoned Report and Recommendation ("R&R") of Magistrate Judge Dein issued on August 28, 2006 (Docket No. 29), and the objections and responses submitted in connection therewith, the Court accepts and adopts the R&R for the reasons stated therein with one exception. The Court declines to adopt the recommendation that Local 264's motion to dismiss the claim for negligent infliction of emotional distress ("NIED") be denied. Although the claim for <u>intentional</u> infliction of emotional distress ("IIED") against Local 264 survives challenges based upon preemption and failure to state a claim upon which relief can be granted for the reasons explained in the R&R, this Court is persuaded that the NIED claim

-1-

is preempted by the claim of breach of duty of fair representation ("DFR"). While the facts in support of the IIED claim could remove it from the ambit of the DFR claim and, consequently, from being preempted, plaintiffs have failed to allege acts of negligence by Local 264 that fall outside the scope of the DFR claim. Consequently, this Court concludes that the NIED claim against Local 264 is preempted and will, therefore, be dismissed.

Consistent with Magistrate Judge Dein's Report and Recommendation, except as modified above:

1) defendant Shuttle America's Motion to Dismiss (Docket No. 9) is **ALLOWED**;

2) defendant Catherine Creighton's Motion to Dismiss (Docket No. 11) is **ALLOWED**;

3) defendant International Brotherhood of Teamsters Local 264's Motion to Dismiss (Docket No. 13) is, with respect to the claim for negligent infliction of emotional distress, **ALLOWED**, but is, with respect to the claims for breach of duty of fair representation and intentional infliction of emotional distress, **DENIED**; and

4) because this Court lacks personal jurisdiction over the defendant, International Brotherhood of Teamsters Local 264, the case against it is hereby transferred to the United States District Court for Western District of New York, Buffalo Division.

**So ordered.**

/s/ Nathaniel M. Gorton
Nathaniel M. Gorton
United States District Judge

Dated: September 21, 2006

-2-