**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

Civil Action No. 05-11130-NMG

_____

**D. LYLE ELKINS**
**and**
**MARTHA ELKINS**
*PLAINTIFFS*

VS.

**INTERNATIONAL BROTHERHOOD OF**
**TEAMSTERS LOCAL 264**
**AND**
**CATHERINE CREIGHTON**
**AND**
**SHUTTLE AMERICA**
*DEFENDANTS*

_____

**REPLY OF PLAINTIFFS TO OBJECTIONS OF TEAMSTERS LOCAL 264 TO**
**MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION**

Plaintiffs D. Lyle Elkins and Martha Elkins, through counsel, hereby reply to the
Opposition to Magistrate Judge's Report and Recommendation filed in this action by
Defendant Teamsters Local 264.

Although Plaintiffs have filed their own Objections to the Magistrate's Report to the
extent that Magistrate Dein held that this Court did not have personal jurisdiction over
Local 264, Plaintiffs assert that Magistrate Dein's Decision was correct in holding that
the federal and state claims asserted by Plaintiffs against Local 264 were adequate to
survive the Motion to Dismiss.

Specifically, Plaintiffs assert that Magistrate Dein's Decision that Plaintiffs had
adequately stated a claim for breach of the duty of fair representation against the Union,
and that Plaintiffs had adequately set forth in the Complaint state law tort claims against
the Union, must be adopted and affirmed by the Court.  In support of this Opposition to
Local 264's Objections, Plaintiffs rely on the Briefs they have previously filed in this
action in Opposition to both Local 264's original Motion to Dismiss as well as the
Motions to Dismiss filed by the other Defendants in this action.

Accordingly, Plaintiffs respectfully request that the Court reject the Objections to Magistrate Dein's Decision filed by Teamsters Local 264, and adopt and affirm that Decision with regard to the duty of fair representation claims and state tort claims asserted by Plaintiffs.

D. Lyle Elkins
Martha Elkins
By their attorney,
MITCHELL J. NOTIS

/s/Mitchell J. Notis

_____

MITCHELL J. NOTIS, BBO# 374360
Law Office of Mitchell J. Notis
370 Washington Street
Brookline, Massachusetts 02445
617-566-2700

**CERTIFICATE OF SERVICE**

I, Mitchell J. Notis, hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing and that paper copies will be sent to any non-registered participants as indicated in the Notice of Electronic Filing, this 21st day of September, 2006.

/s/Mitchell J. Notis

_____

MITCHELL J. NOTIS, BBO# 374360
Law Office of Mitchell J. Notis
370 Washington Street
Brookline, MA 02445
Tel: 617-566-2700