UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

DOCKET NO.: 05-11130-NMG
_____

**D. LYLE ELKINS AND MARTHA ELKINS**
Plaintiffs

v.

**INTERNATIONAL BROTHERHOOD OF
TEAMSTERS, LOCAL 264, CATHERINE CREIGHTON
AND SHUTTLE AMERICA**
Defendants
_____

**NOTICE OF APPEAL**

      Plaintiffs D. Lyle Elkins and Martha Elkins hereby file this notice of appeal from the Order entered on September 21, 2006 in this action granting the Motion to Dismiss of Defendant Shuttle America, granting the Motion to Dismiss of Defendant Catherine Creighton, granting in part the Motion to Dismiss of Defendant International Brotherhood of Teamsters Local 264, and transferring to the United States District Court for the Western District of New York those counts against the Defendant International Brotherhood of Teamsters Local 264 which were not dismissed. This appeal is taken to the United States Court of Appeals for the First Circuit.

      D. Lyle Elkins
      Martha Elkins
      By their attorney,
      MITCHELL J. NOTIS

      /s/ Mitchell J. Notis

      _____
      MITCHELL J. NOTIS
      Law Office of Mitchell J. Notis
      370 Washington Street
      Brookline, Massachusetts 02445
      617-566-2700
      BBO# 374360

**CERTIFICATE OF SERVICE**

I, Mitchell J. Notis, hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing and that paper copies will be sent to any non-registered participants as indicated in the Notice of Electronic Filing, this 19th day of October, 2006.

        /s/Mitchell J. Notis

        _____
        MITCHELL J. NOTIS, BBO# 374360
        Law Office of Mitchell J. Notis
        370 Washington Street
        Brookline, MA 02445
        Tel: 617-566-2700