UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

---

USDC Docket Number : 05-cv-11130

D. Lyle Elkins, et al

v.

International Brotherhood of Teamsters, et al

---

### CLERK'S CERTIFICATE

I, Sarah A. Thornton, Clerk of the United States District Court for the District of Massachusetts, do hereby certify that the annexed documents numbered:

1-38

and contained in 1 Volume(s) are the original or electronically filed pleadings and constitute the record on appeal in the above entitled case for the Notice of Appeal filed on 10/19/2006.

In testimony whereof, I hereunto set my hand and affix the seal of this Court on November 9, 2006.

Sarah A Thornton, Clerk of Court

By: _____
Deputy Clerk

Receipt of the documents in the above entitled
case is hereby acknowledged this date: 11/9/06.

_____
Deputy Clerk, US Court of Appeals

---

Please complete the following information:

COURT OF APPEALS DOCKET NUMBER ASSIGNED: _____

- 3/06

APPEAL

# United States District Court
## District of Massachusetts (Boston)
### CIVIL DOCKET FOR CASE #: 1:05-cv-11130-NMG

| | |
|---|---|
| Elkins et al v. International Brotherhood of Teamsters Local 264 et al | Date Filed: 06/01/2005 |
| Assigned to: Judge Nathaniel M. Gorton | Jury Demand: Plaintiff |
| Referred to: Magistrate Judge Judith G. Dein | Nature of Suit: 740 Labor: Railway Labor Act |
| Cause: 45:151 Railway Labor Act | Jurisdiction: Federal Question |

**Plaintiff**

**D. Lyle Elkins**     represented by **Mitchell J. Notis**
Annenberg & Levine, LLC
370 Washington Street
Brookline, MA 02446
617-566-2700
Fax: 617-566-6144
Email: mitchnotis@aol.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Martha Elkins**     represented by **Mitchell J. Notis**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**International Brotherhood of Teamsters Local 264**     represented by **Gabriel O. Dumont, Jr.**
Dumont, Morris and Burke, P.C.
Suite 300
14 Beacon Street
Boston, MA 02108
617-227-7272
Fax: 617-227-7025
Email: gdumont@dmbpc.net
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**John D. Burke**
Dumont, Morris and Burke, P.C.
Suite 300
14 Beacon Street
Boston, MA 02108
617-227-7272
Fax: 617-227-7025
Email: jburke@dmbpc.net
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**William R. Wilder**
Baptiste & Wilder PC
1150 Connecticut Avenue, NW
Suite 500
Washington, DC 20036
US
202-223-0723
Fax: 202-223-9677
Email: wwilder@bapwild.com
*LEAD ATTORNEY*

*ATTORNEY TO BE NOTICED*

**Defendant**

**Catherine Creighton**   represented by   **Justin M. Fabella**
Morrison Mahoney LLP
250 Summer Street
Boston, MA 02210
617-439-7559
Fax: 617-342-4982
Email: jfabella@morrisonmahoney.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Steven Joseph Bolotin**
Morrison Mahoney LLP
250 Summer Street
Boston, MA 02210
617-439-7500
Fax: 617-342-4943
Email: sbolotin@morrisonmahoney.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Shuttle America**   represented by   **Richard W. Paterniti**
Jackson Lewis LLP
75 Park Plaza, 4th Floor
Boston, MA 021116
617-367-0025
Fax: 617-367-2155
Email: paternir@jacksonlewis.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Thomas R. Smith**
Jackson Lewis LLP
75 Park Plaza
4th Floor
Boston, MA 02327
617-367-0025
Fax: 617-367-2155
Email: smitht@jacksonlewis.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 06/01/2005 | 1 | COMPLAINT against International Brotherhood of Teamsters Local 264, Catherine Creighton, Shuttle America Filing fee: $ 250, receipt number 64615, filed by D. Lyle Elkins, Martha Elkins. (Attachments: # 1 Civil Cover Sheet)(Elefther, Elizabeth) (Entered: 06/02/2005) |
| 06/01/2005 |  | If the trial Judge issues an Order of Reference of any matter in this case to a Magistrate Judge, the matter will be transmitted to Magistrate Judge Dein. (Elefther, Elizabeth) (Entered: 06/02/2005) |
| 06/01/2005 |  | Summons Issued as to International Brotherhood of Teamsters Local 264, Catherine Creighton, Shuttle America. (Elefther, Elizabeth) (Entered: 06/02/2005) |
| 09/13/2005 | 2 | Assented to MOTION for Extension of Time to October 19, 2005 *to Answer, Move to Dismiss, or Otherwise Respond to Plaintiff's Complaint* by Shuttle America.(Paterniti, Richard) (Entered: 09/13/2005) |
| 09/19/2005 |  | Judge Nathaniel M. Gorton : ElectronicORDER entered granting 2 Motion for Extension of Time. answer due 10/19/05. (Nicewicz, Craig) (Entered: 09/19/2005) |
| 09/26/2005 | 3 | Unopposed MOTION for Extension of Time to October 19, 2005 to File Answer, Move to |

| | | |
|---|---|---|
| | | Dismiss, or Otherwise Respond to Plaintiffs' Complaint by International Brotherhood of Teamsters Local 264.(Elefther, Elizabeth) (Entered: 09/27/2005) |
| 09/27/2005 | 4 | SUMMONS Returned Executed International Brotherhood of Teamsters Local 264 served on 9/13/2005, answer due 10/3/2005. (Elefther, Elizabeth) (Entered: 09/28/2005) |
| 09/27/2005 | 5 | SUMMONS Returned Executed Catherine Creighton served on 9/22/2005, answer due 10/12/2005. (Elefther, Elizabeth) (Entered: 09/28/2005) |
| 09/27/2005 | 6 | SUMMONS Returned Executed Shuttle America served on 8/30/2005, answer due 9/19/2005. (Elefther, Elizabeth) (Entered: 09/28/2005) |
| 09/29/2005 | 7 | NOTICE of Appearance by Steven Joseph Bolotin on behalf of Catherine Creighton (Bolotin, Steven) (Entered: 09/29/2005) |
| 09/29/2005 | 8 | Assented to MOTION for Extension of Time to 10/19/05 to File Answer, Move to Dismiss or Otherwise Respond to Plaintiffs' Complaint by Catherine Creighton.(Bolotin, Steven) (Entered: 09/29/2005) |
| 10/05/2005 | | Judge Nathaniel M. Gorton : ElectronicORDER entered granting 3 Motion for Extension of Time to Answer International Brotherhood of Teamsters Local 264 answer due 10/19/2005; Catherine Creighton answer due 10/19/2005; International Brotherhood of Teamsters Local 264 answer due 10/19/2005; Catherine Creighton answer due 10/19/2005., granting 8 Motion for Extension of Time to Answer International Brotherhood of Teamsters Local 264 answer due 10/19/2005; Catherine Creighton answer due 10/19/2005; International Brotherhood of Teamsters Local 264 answer due 10/19/2005; Catherine Creighton answer due 10/19/2005. (Nicewicz, Craig) (Entered: 10/05/2005) |
| 10/19/2005 | 9 | MOTION to Dismiss *Plaintiffs' Complaint* by Shuttle America.(Paterniti, Richard) (Entered: 10/19/2005) |
| 10/19/2005 | 10 | MEMORANDUM OF LAW by Shuttle America. (Paterniti, Richard) (Entered: 10/19/2005) |
| 10/19/2005 | 11 | MOTION to Dismiss for Lack of Jurisdiction *personal and subject matter* by Catherine Creighton.(Bolotin, Steven) (Entered: 10/19/2005) |
| 10/19/2005 | 12 | MEMORANDUM in Support re 11 MOTION to Dismiss for Lack of Jurisdiction *personal and subject matter* filed by Catherine Creighton. (Attachments: # 1 Affidavit)(Bolotin, Steven) (Entered: 10/19/2005) |
| 10/19/2005 | 13 | MOTION to Dismiss Complaint by International Brotherhood of Teamsters Local 264.(Elefther, Elizabeth) (Entered: 10/20/2005) |
| 10/19/2005 | 14 | MEMORANDUM in Support re 13 MOTION to Dismiss filed by International Brotherhood of Teamsters Local 264. (Elefther, Elizabeth) (Entered: 10/20/2005) |
| 10/19/2005 | 15 | DECLARATION of Ronald G. Lucas by International Brotherhood of Teamsters Local 264. (Elefther, Elizabeth) (Entered: 10/20/2005) |
| 10/19/2005 | 16 | MOTION for Leave to Appear Pro Hac Vice by William R. Wilder by International Brotherhood of Teamsters Local 264.(Elefther, Elizabeth) (Entered: 10/20/2005) |
| 10/20/2005 | | Filing fee: $ 50.00, receipt number 67608 regarding Pro Hac Vice for Wiliam Wilder (Elefther, Elizabeth) (Entered: 10/20/2005) |
| 10/20/2005 | | Judge Nathaniel M. Gorton : ElectronicORDER entered granting 16 Motion for Leave to Appear Pro Hac Vice Added William R. Wilder for International Brotherhood of Teamsters Local 264 "electronic notice sent by regular mail to: Baptiste & Wilder, PC 1150 Connecticut Avenue, Washington, DC 20036" (Elefther, Elizabeth) (Entered: 10/20/2005) |
| 10/27/2005 | 17 | MOTION for Extension of Time to November 23, 2005 to File oppositions to defendants' motions to dismiss (UNOPPOSED) by D. Lyle Elkins, Martha Elkins.(Notis, Mitchell) (Entered: 10/27/2005) |
| 10/28/2005 | | Judge Nathaniel M. Gorton : ElectronicORDER entered granting 17 Motion for Extension of Time. (Nicewicz, Craig) (Entered: 10/28/2005) |
| 11/23/2005 | 18 | MEMORANDUM in Opposition re 13 MOTION to Dismiss filed by D. Lyle Elkins, Martha Elkins. (Attachments: # 1 Exhibit)(Nici, Richard) (Entered: 11/28/2005) |

| | | |
|---|---|---|
| 11/23/2005 | 19 | MEMORANDUM in Opposition re 9 MOTION to Dismiss *Plaintiffs' Complaint* filed by D. Lyle Elkins, Martha Elkins. (Nici, Richard) (Entered: 11/28/2005) |
| 11/23/2005 | 20 | MEMORANDUM in Opposition re 11 MOTION to Dismiss for Lack of Jurisdiction *personal and subject matter* filed by D. Lyle Elkins, Martha Elkins. (Nici, Richard) (Entered: 11/28/2005) |
| 11/30/2005 | 21 | Judge Nathaniel M. Gorton : Electronic ORDER entered. REFERRING MOTION 9 MOTION to Dismiss *Plaintiffs' Complaint* filed by Shuttle America,, 11 MOTION to Dismiss for Lack of Jurisdiction *personal and subject matter* filed by Catherine Creighton,, 13 MOTION to Dismiss filed by International Brotherhood of Teamsters Local 264, to Magistrate Judge Judith G. Dein for R&R and discovery.(Nicewicz, Craig) (Entered: 11/30/2005) |
| 12/01/2005 | | Electronic NOTICE of Hearing on Motions 9, 11 & 13 MOTIONS to Dismiss: Motion Hearing set for 1/10/2006 10:15 AM in Courtroom 15 before Magistrate Judge Judith G. Dein. (Dambrosio, Jolyne) (Entered: 12/01/2005) |
| 12/19/2005 | 22 | Assented to MOTION for Leave to File *Reply Brief in support of motion to dismiss* by International Brotherhood of Teamsters Local 264. (Attachments: # 1 Text of Proposed Order # 2 Reply brief)(Wilder, William) (Entered: 12/19/2005) |
| 12/20/2005 | | Judge Judith G. Dein : Electronic ORDER entered granting 22 Motion for Leave to File Reply Brief in Support of Motion to Dismiss by International Brotherhood of Teamsters Local 264. Counsel should now file the document for which leave to file has been granted in accordance with CM/ECF Administrative Procedures. (Dambrosio, Jolyne) (Entered: 12/20/2005) |
| 12/20/2005 | 23 | REPLY to Response to Motion re 13 MOTION to Dismiss filed by International Brotherhood of Teamsters Local 264. (Wilder, William) (Entered: 12/20/2005) |
| 12/22/2005 | 24 | Assented to MOTION for Leave to File *Reply Memorandum* by Shuttle America.(Paterniti, Richard) (Entered: 12/22/2005) |
| 12/22/2005 | 25 | REPLY to Response to Motion re 9 MOTION to Dismiss *Plaintiffs' Complaint* filed by Shuttle America. (Paterniti, Richard) (Entered: 12/22/2005) |
| 12/23/2005 | | Judge Judith G. Dein : Electronic ORDER entered granting 24 Defendant's Assented To Motion for Leave to File Reply Memorandum. (Dambrosio, Jolyne) (Entered: 12/23/2005) |
| 12/27/2005 | 26 | REPLY to Response to Motion re 9 MOTION to Dismiss *Plaintiffs' Complaint* filed by Shuttle America. (Paterniti, Richard) (Entered: 12/27/2005) |
| 12/29/2005 | 27 | NOTICE issued to Attorney Gabriel O. Dumont regarding mandatory use of ECF in compliance with Local Rule 5.4. Failure to comply may result in the imposition of sanctions. (Sonnenberg, Elizabeth) (Entered: 12/29/2005) |
| 12/29/2005 | 28 | NOTICE issued to Attorney John D. Burke regarding mandatory use of ECF in compliance with Local Rule 5.4. Failure to comply may result in the imposition of sanctions. (Sonnenberg, Elizabeth) (Entered: 12/29/2005) |
| 01/10/2006 | | Clerk's Notes for proceedings held before Judge Judith G. Dein : Motion Hearing held on 1/10/2006 re 9 MOTION to Dismiss *Plaintiffs' Complaint* filed by Shuttle America,, 11 MOTION to Dismiss for Lack of Jurisdiction *personal and subject matter* filed by Catherine Creighton,, 13 MOTION to Dismiss filed by International Brotherhood of Teamsters Local 264.. USMJ Dein hears arguments from counsel and takes matter under advisement. (Court Reporter DR.) (Quinn, Thomas) (Entered: 01/12/2006) |
| 08/28/2006 | 29 | Judge Judith G. Dein : ORDER entered. REPORT AND RECOMMENDATIONS re 9 MOTION to Dismiss filed by Shuttle America, 11 MOTION to Dismiss filed by Catherine Creighton, and 13 MOTION to Dismiss filed by International Brotherhood of Teamsters Local 264. Recommendation: that the motions of Ms. Creighton and Shuttle America be allowed: and that the action against Local 264 be transferred to either New York or Pennsylvania, so that the claim for breach of duty of fair representation is not deemed untimely, and that the motion be denied in all other respects. Objections to R&R due by 9/12/2006.(Dambrosio, Jolyne) (Entered: 08/28/2006) |
| 09/06/2006 | 30 | *Plaintiffs' Objections Pursuant to Rule 72(b) to Report and Recommendation of Magistrate on Defendants' Motions to Dismiss;* NOTICE OF APPEAL OF MAGISTRATE JUDGE DECISION to District Court by all plaintiffs (Notis, Mitchell) (Entered: 09/06/2006) |
| 09/12/2006 | 31 | OBJECTION to 29 Report and Recommendations filed by International Brotherhood of Teamsters Local 264. (Wilder, William) (Entered: 09/12/2006) |

| 09/15/2006 | 32 | REPLY TO OBJECTION to 29 Report and Recommendations filed by Catherine Creighton. (Fabella, Justin) (Entered: 09/15/2006) |
|---|---|---|
| 09/15/2006 | 33 | NOTICE of Appearance by Justin M. Fabella on behalf of Catherine Creighton (Fabella, Justin) (Entered: 09/15/2006) |
| 09/18/2006 | 34 | REPLY TO OBJECTION to 29 Report and Recommendations filed by International Brotherhood of Teamsters Local 264. (Wilder, William) (Entered: 09/18/2006) |
| 09/20/2006 | 35 | REPLY TO OBJECTION to 29 Report and Recommendations *of Magistrate on Defendants' Motions to Dismiss* filed by Shuttle America. (Paterniti, Richard) (Entered: 09/20/2006) |
| 09/21/2006 | 36 | Judge Nathaniel M. Gorton : ORDER entered adopting with one exception to the Report and Recommendations re 29 Report and Recommendations., granting 9 Motion to Dismiss, granting 11 Motion to Dismiss for Lack of Jurisdiction, granting in part and denying in part 13 Motion to Dismiss (Please see order for details.) (Sonnenberg, Elizabeth) (Entered: 09/21/2006) |
| 09/21/2006 | 37 | REPLY TO OBJECTION to 29 Report and Recommendations filed by all plaintiffs. (Notis, Mitchell) (Entered: 09/21/2006) |
| 10/19/2006 | 38 | NOTICE OF APPEAL as to 36 Order on Report and Recommendations, Order on Motion to Dismiss, Order on Motion to Dismiss/Lack of Jurisdiction by D. Lyle Elkins, Martha Elkins. NOTICE TO COUNSEL: A Transcript Report/Order Form, which can be downloaded from the First Circuit Court of Appeals web site at http://www.ca1.uscourts.gov/clerks/transcript.htm MUST be completed and submitted to the Court of Appeals. Appeal Record due by 11/8/2006. (Hurley, Virginia) (Entered: 10/19/2006) |
| 10/25/2006 | | Filing fee: $ 455.00, receipt number 75970 for 38 Notice of Appeal, (Sonnenberg, Elizabeth) (Entered: 10/26/2006) |