CERTIFIED COPY

CA:05-11130

# United States Court of Appeals
## For the First Circuit

No. 06-2592

D. LYLE ELKINS, ET AL.,

Plaintiffs, Appellants,

v.

INTERNATIONAL BROTHERHOOD OF TEAMSTERS,
LOCAL 264, ET AL.,

Defendants, Appellees.

ORDER OF COURT

Entered:  April 2, 2007

Further appellate proceedings are held in abeyance pending the outcome of the motion for entry of judgment under Rule 54 filed by plaintiffs in the district court on January 31, 2007.  The parties shall file a status report every thirty days and promptly inform this court when the district court adjudicates that motion.

By the Court:

Richard Cushing Donovan, Clerk.

CERTIFIED COPY
I HEREBY CERTIFY THIS DOCUMENT
IS A TRUE AND CORRECT COPY OF
THE ORIGINAL ON FILE IN MY OFFICE
AND IN MY LEGAL CUSTODY

FIRST CIRCUIT COURT OF APPEALS
BOSTON, MA
By_____ Date:_____

MARGARET CARTER

By:_____
      Chief Deputy Clerk.

[Cert. cc: Hon. Nathaniel M. Gorton and Sarah A. Thornton, Clerk, U.S.D.C. of Massachusetts, cc: Messrs: Notis, Dumont, Burke, Wilder, Fabella, Bolotin, Smith and Freeman]