UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| D. LYLE ELKINS and MARTHA ELKINS,<br>　　　　Plaintiffs,<br><br>v.<br><br>INTERNATIONAL BROTHERHOOD OF TEAMSTERS LOCAL 264, CATHERINE CREIGHTON, and SHUTTLE AMERICA,<br>　　　　Defendants. | Civil Action No. 05-11130-NMG |

**STIPULATION OF DISMISSAL WITH PREJUDICE**

IT IS HEREBY STIPULATED AND AGREED by and between Plaintiffs D. Lyle Elkins and Martha Elkins, and Defendants International Brotherhood of Teamsters Local 264, Catherine Creighton and Shuttle America, pursuant to Fed. R. Civ. P. 41(a)(1)(ii), that this action shall be and hereby is dismissed, with prejudice and without costs or attorneys' fees to either party, and waiving all rights of appeal.

Respectfully submitted,

| | |
|---|---|
| D. LYLE ELKINS,<br>MARTHA ELKINS | INTERNATIONAL BROTHERHOOD<br>OF TEAMSTERS LOCAL 264 |
| /s/Mitchell J. Notis | /s/Gabriel O. Dumont |
| Mitchell J. Notice (BBO #374360)<br>LAW OFFICE OF MITCHELL J. NOTICE<br>370 Washington Street<br>Brookline, Massachusetts 02445<br>(617) 566-2700 | Gabriel O. Dumont, Jr. (BBO #137820)<br>John D. Burke (BBO #556951)<br>DUMONT, MORRIS AND BURKE, P.C.<br>Suite 300<br>14 Beacon Street<br>Boston, MA 02108<br>617-227-7272<br><br>William R. Wilder<br>BAPTISTE & WILDER, P.C.<br>1150 Connecticut Ave., N.W., Suite 500<br>Washington, D.C. 20036<br>(202) 223-0723 |
| CATHERINE CREIGHTON | SHUTTLE AMERICA |
| /s/Steven J. Bolotin | /s/Thomas Royall Smith |
| Steven J. Bolotin (BBO #564085)<br>MORRISON MAHONEY LLP<br>250 Summer Street<br>Boston, Massachusetts 02110<br>(617) 439-7500 | Thomas Royall Smith (BBO #470300)<br>Matthew D. Freeman (BBO #664355)<br>JACKSON LEWIS LLP<br>75 Park Plaza<br>Boston, Massachusetts 02116<br>(617) 367-0025 |

Dated: May 15, 2007

CERTIFICATE OF SERVICE

I, Mitchell J. Notis, hereby certify that a true copy of the foregoing document was served upon the attorney of record for each party to this action by electronic means using the Court's Electronic Case Filing System, on May 15, 2007.

/s/Mitchell J. Notis

_____
MITCHELL J. NOTIS, BBO# 374360

Case 1:05-cv-11130-NMG    Document 44    Filed 05/15/2007    Page 3 of 3