*CA: 05-11130*
*J:60 AM*

# MANDATE

# United States Court of Appeals
## For the First Circuit

---

No. 06-2592

D. LYLE ELKINS; MARTHA ELKINS,

Plaintiffs - Appellants,

v.

INTERNATIONAL BROTHERHOOD OF TEAMSTERS, LOCAL 264;
CATHERINE CREIGHTON; SHUTTLE AMERICA,

Defendants - Appellees.

---

**JUDGMENT**

Entered: May 17, 2007
Pursuant to 1st Cir. R. 27.0(d)

Upon consideration of stipulation, it is hereby ordered that this appeal be voluntarily dismissed pursuant to Fed. R. App. P. 42(b) with each party to bear its own costs.

Mandate to issue forthwith.

By the Court:

**Certified and Issued as Mandate under Fed. R. App. P. 41.**

Richard Cushing Donovan, Clerk

**Richard Cushing Donovan, Clerk**

By: _____
Chief Deputy Clerk.

*[signature]*
**Deputy Clerk**

Date: MAY 17 2007

[cc: Messrs: Notis, Dumont, Burke, Wilder, Fabella, Bolotin, Smith and Freeman]